Case 2:23-cv-00196   Document 39   Filed on 02/23/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD MANUAL CORBETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00196 |
| § | |
| ARMANDO CHAPA, *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On January 22, 2024, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (D.E. 35). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 35), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly,

- The Court **DISMISSES** Plaintiff's lawsuit with prejudice as frivolous and for failure to state a claim upon which relief may be granted;

- The Court **DENIES** Plaintiff leave to amend his complaint; and

- The Court imposes a **"STRIKE"** against Plaintiff for purposes of 28 U.S.C. § 1915(g), and instructs the Clerk of Court to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

**ORDERED** on February 23, 2024.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE